UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YASSIR HUSSAIN,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,

    Defendant(s).

No. C-09-1555 MHP

**ORDER DISMISSING COMPLAINT FOR LACK OF PROSECUTION**

    This action for review of a decision by the Secretary of Health and Human Services denying plaintiff Social Security benefits was filed on April 9, 2009. On the same date the Procedural Order for this action was issued setting dates for the filing of an answer, the administrative record and summary judgment motions. On April 14, 2009 this court granted plaintiff leave to proceed *in forma pauperis*. Since that date no papers have been filed by either party and no action has been taken by plaintiff to move this case forward. Accordingly, this action is DISMISSED without prejudice for lack of prosecution.

Date: April 1, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California